IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KEN EPSMAN                                                                     PLAINTIFF

Vs           CASE NO.: 4:06cv00947 BSM

MARTIN-LANDERS, LLC
d/b/a MARK MARTIN FORD                                DEFENDANT

<u>JUDGMENT</u>

Pursuant to the verdict returned by the jury on July 1, 2008 in favor of the defendant against the plaintiff, following two days of trial:

IT IS ORDERED, ADJUDGED AND DECREED that, on all claims, judgment is rendered for the defendant and plaintiff's claims are dismissed with prejudice.

Dated this 3rd day of July, 2008.

_____
UNITED STATES DISTRICT JUDGE